IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE SUGGS                                                                              PLAINTIFF
ADC #102263

V.                                          NO.  2:05cv00281 JMM-JWC

MAX MOBLEY, et al                                                                  DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial
Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no
objections.  The Findings and Recommendations are adopted in their entirety as this
Court's findings.

Accordingly, Defendant Mobley's motion to dismiss (docket entry #26) is hereby
denied in part and granted in part.  Defendant Mobley's motion to dismiss on deliberate
indifference and respondeat superior grounds is denied; his motion to dismiss is granted
as to the retaliation claim; and his motion to dismiss on sovereign immunity grounds is
granted in part; however, only Plaintiff's claim for monetary damages against Defendant
Mobley in his official capacity is barred.

Plaintiff's case against all remaining Defendants, including Defendant Mobley, shall
be permitted to proceed.

IT IS SO ORDERED this   27    day of   February , 2007.


_____
UNITED STATES DISTRICT JUDGE