24IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIE SUGGS                                                                              PLAINTIFF
ADC #102263

VS.                              CASE NO. 2:05CV00281 JMM-JWC

MAX MOBLEY, ET AL.                                                                  DEFENDANTS

**ORDER**

The Clerk of the Court is directed to mail a copy of the Magistrate Judge's April 4, 2007 Proposed Findings and Recommended Partial Disposition and a copy of this Order to plaintiff at his new address (#96). Plaintiff is given eleven (11) days from the date of this Order to file any objections to Proposed Findings and Recommended Partial Disposition.

IT IS SO ORDERED THIS  24  day of   April  , 2007.


_____
James M. Moody
United States District Court