IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE SUGGS                                                                                               PLAINTIFF
ADC #102263

V.                                   NO.  2:05CV00281 JMM-JWC

MAX MOBLEY, et al                                                                                      DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant Mobley's motion for summary judgment (doc. 130) is hereby granted and Plaintiff's claims against him are dismissed with prejudice.

Defendants Yarbrough's, Lewis', Boyd's, Bearden's and Crawford's motion for summary judgment (doc. 133) is granted in part and denied in part.  Plaintiff's claims against Defendants Lewis, Boyd, and Bearden are dismissed with prejudice.  Plaintiff's case against Defendants Yarbrough and Crawford shall proceed.

IT IS SO ORDERED this  5   day of January, 2009.

James M. Moody
United States District Judge