**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**


**WILLIE SUGGS**
**ADC #102263**                                                                          **PLAINTIFF**


**VS.**                          **CASE NO. 2:05CV00281 JMM**


**MAX MOBLEY, ET AL.**                                                          **DEFENDANTS**


**ORDER**

Having been notified that a settlement has been reached in this matter, the trial scheduled

for the week of February 9, 2009, is cancelled.

IT IS SO ORDERED THIS ___6___ day of ___February___, 2009.


_____
James M. Moody
United States District Judge