IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIE SUGGS, ADC # 102263**                                                      **PLAINTIFF**

VS.                       CASE NO. 2:05CV00281 JMM

**DOTTIE YARBROUGH AND**
**SHIRLEY CRAWFORD**                                                               **DEFENDANTS**

## ORDER OF DISMISSAL

The parties have filed a Stipulation of Dismissal with prejudice in the above styled case.

IT IS THEREFORE ORDERED that the complaint is dismissed and each party shall bear his or their own costs.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this __19__ day of February, 2009.

James M. Moody
United States District Judge